Brett L. Slavicek (No. 019306)
James E. Fucetola (No. 029332)
**THE SLAVICEK LAW FIRM**
5500 N. 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4425
Telephone: (602) 285-4411
Fax: (602) 287-9184
Email: Brett@Slaviceklaw.com
       James@Slaviceklaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas Parrella and Elizabeth Parrella, a married couple, | **Case No.:** |
| Plaintiff, | **COMPLAINT** |
| vs. | *(Tort/Product Liability)* |
| Agency Arms LLC, a foreign corporation; PGT Engineering, a foreign corporation; John Does I-X and Jane Does I-X, | |
| Defendants. | |

Plaintiffs allege:

1. Plaintiffs are residents of Maricopa County, Arizona.

2. The incident complained of herein occurred in Maricopa County, Arizona.

3. This Court has jurisdiction over this matter and venue is appropriate.

4. Defendant Agency Arms LLC is a California corporation and at all times mentioned herein, was authorized to do and was doing business within the State of Arizona.

5. Defendant PGT Engineering is a California corporation and at all times mentioned herein, was authorized to do and was doing business within the State of Arizona.

6. John Does I-X and Jane Does I-X are persons, partnerships, corporations or unincorporated associations subject to suit in a common name whose names are unknown and who are, therefore, designated by fictitious names pursuant to Rule 10(f), Arizona Rules of Civil Procedure. Each of these Defendants caused Plaintiffs' injuries by negligence or by breach of duties owed to Plaintiffs, or is responsible as a matter of law for acts of others who caused Plaintiffs' injuries by negligence or breach of duty.

7. In or around 2014, Plaintiff Thomas Parrella ordered a Glock 17 gun with a Salient Arms Tier 1 Package from Defendants.

8. Plaintiff received the subject gun on or around December 29, 2014.

9. At the time Plaintiff received the subject gun, after it left Defendants' control, it was in a defective condition and unreasonably dangerous to the user, including Plaintiff.

10. The subject gun purchased by Plaintiff did not meet consumer expectations, and failed to perform as safely as an ordinary consumer would expect when used in an intended or reasonable manner.

11. On November 30, 2017, Plaintiff accidentally dropped the gun and it fired, shooting him the left leg.

12. On May 29, 2020, in companion case *Parrella v. Salient Arms International, Inc., 2:19-CV-19-05644-DLR,* Defendant Reactive Gunworks, LLC alleged that PGT Engineering and Agency Arms each "had a role in manufacturing, assembling, modifying, designing, and altering the subject gun."

13. Defendants negligently designed, manufactured, assembled, packaged, modified, altered, sold and/or delivered into the stream of commerce, without proper warning, the subject gun.

14. Defendants' negligence caused the subject gun to be unreasonably dangerous and defective even when used as intended and in a foreseeable manner, such negligence caused severe bodily injury to Plaintiff.

15. Defendants are strictly liable in tort.

16. Defendants were acting in concert with each other in a joint venture, thus Defendants are jointly liable for each other's negligence.

17. As a direct and proximate result of Defendants' negligence, Plaintiff Thomas Parrella sustained serious and permanent injuries, most especially to his left leg, which has resulted in permanent impairment and disfigurement. He suffered and suffers pain and suffering, emotional distress, and general damages in an amount which will be proven at trial.

18. As a direct and proximate result of Defendants' negligence, Plaintiff Thomas Parrella has incurred more than $900,000 in past medical bills and will continue to incur additional expenses in the future for medical care and treatment.

19. As a direct result of Plaintiff Thomas Parrella's injuries, Plaintiff Thomas Parrella has suffered lost income.

20. As a direct result of Defendants' negligence, Plaintiffs Thomas and Elizabeth Parrella have suffered and continue to suffer a loss of consortium.

WHEREFORE, Plaintiff requests that judgment be entered against the Defendants as follows:

A. For past and future special damages in a total amount presently unknown, but which will be proven at trial;

B. For general damages in an amount deemed fair and reasonable;

C. For the Plaintiff's costs incurred herein;

D. For such other and further relief as the Court may deem just and proper; and

E. For this matter to be tried by a jury.

DATED this 27th day of May, 2022.

**THE SLAVICEK LAW FIRM**

By: */s/ James E. Fucetola*
   Brett L. Slavicek
   James E. Fucetola
   5500 N. 24th Street
   Phoenix, Arizona  85016
   *Attorneys for Plaintiffs*